# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

_____

**REBA CARTER,**

                            **Plaintiff,**

                                                      **CIVIL JUDGMENT**
vs.                                                 5:00-CV-1744
                                                             (NAM/GHL)

**NEW VENTURE GEAR, INC., DAIMLERCHRYSLER CORP., Mike Allen as President of UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 624, Stephen Yokich as President of UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,**

                             **Defendants.**
_____

**DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendants' motions for summary judgment are granted, and the second amended complaint is dismissed in its entirety on the merits.


September 26, 2007                                          LAWRENCE K. BAERMAN
Date                                                                  Clerk


                                                                 S/_____
                                                                 Judi L. Roberts
                                                                Deputy Clerk